IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN STANLEY JR.                                                                    PLAINTIFF

v.                           CASE NO. 4:21-CV-00797-BSM

STEPHEN CANINO, *et al.*                                                        DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE